In re the ADOPTION OF: J.K.L., Minor; W.J.H. and T.Y.H., Respondents,

v.

L.L., Appellant.

WD 78565

Missouri Court of Appeals, Western District.

Order filed: December 1, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied February 2, 2016

Application for Transfer Denied April 5, 2016

Tom J. Bowman, Richmond, for Respondents.

David S. Hinken, for Appellant.

Before Division One: Anthony Rex Gabbert, Presiding Judge, Victor C. Howard, Judge and Cynthia L. Martin, Judge

### ORDER

**PER CURIAM:**

L.L. (Mother) appeals the judgment of the trial court finalizing the adoption of her biological son, J.K.L. (Child) by her mother and stepfather, T.Y.H. and W.J.H. (Grandparents). She contends that the trial court erred in refusing to allow her to testify and present evidence and argument regarding the best interests of the child either at the hearing on her motion to invalidate consent or at the final adoption hearing. She argues that public policy protecting the natural mother's rights and interests and due process required that she be allowed to be fully and fairly heard before her rights were finally terminated and her child was adopted. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).